IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE BENEFIT GROUP, Inc.; and LINUS G. HUMPAL,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | **8:21CV155**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 24). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to pay its own fees and costs.

Dated this 30th day of November, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge